## MOTION DOCKET

**91–2001.** Rockey v. 84 Lumber Co. *Cuyahoga County*, Nos. 58610 and 58654. On motion of Patsy E. Cook for leave to file *amicus* instanter. Motion granted.

MOYER, C.J., and HOLMES, J., dissent.

**91–2006.** Katko v. Ohio State Univ. Hosp. *Franklin County*, No. 90AP–1117. *Sua sponte*, cause to be set for oral argument.

**91–2010.** Turner v. Turner. *Lorain County*, No. 91CA004961. On motion for leave to file *amicus* of Ohio Legal Rights Services. Motion granted.

**91–2108.** Taylor v. Natl. Group of Companies, Inc. Certified Question of State Law, No. 3:89CV7009. On request for oral argument. Request granted.

DOUGLAS, J., dissents.

**91–2200.** Eastwood Mall, Inc. v. Slanco. *Trumbull County*, No. 90–T–4433. On motion for leave to file *amicus* of United Food and Commercial Workers Union, Ohio State Council, AFL–CIO. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**91–2476.** Case v. Norfolk & Western RR. Co. *Sandusky County*, No. S–90–24. On motion for leave to file *amicus* of Association of Trial Lawyers of America, and for joinder. Motion granted.

HOLMES, J., dissents.

RESNICK, J., not participating.